UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE G. ALCANTAR, | Case No.: 12-CV-00263-LHK |
| Plaintiff, | ORDER DISMISSING WITH PREJUDICE |
| v. | |
| ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT, ET AL., | |
| Defendants. | |

On April 30, 2012, the Court dismissed this action without prejudice and stated: "Failure to file an amended complaint within 21 days of the date of this Order will result in dismissal of this action for failure to prosecute." ECF No. 6. More than 21 days have elapsed, and Plaintiff has not filed any amended complaint. Accordingly, the case is dismissed with prejudice. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: April 11, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00263-LHK
ORDER DISMISSING WITH PREJUDICE